

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>AMERICA ONLINE SPIN-OFF ACCOUNTS LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MDL Docket No. 04-1581 RSWL<br><br>[~~PROPOSED~~] ORDER DENYING DEFENDANTS' MOTION TO ENFORCE CASE MANAGEMENT ORDER NO. 3 AND DENYING PLAINTIFFS' MOTION TO STRIKE THE VAUGHN DECLARATION |

Defendants' Motion To Enforce Case Management Order No. 3 and Plaintiffs' Motion To Strike The Vaughn Declaration came before the Court on August 8, 2005. Having reviewed the parties' briefing, heard oral arguments on the motions, and considered all papers and arguments in light of the entire record of this case, THE COURT ORDERS AS FOLLOWS:

1. Defendants' Motion To Enforce Case Management Order No. 3 is DENIED.

2. Defendants' request to inspect Plaintiffs' computers is a discovery issue. Accordingly, if Defendants intend to pursue their motion, they must comply with the requirements of Local Rules 37-1—37-4. If the parties are unable to

1

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO ENFORCE CMO NO. 3 AND DENYING PLAINTIFFS' MOTION TO STRIKE THE VAUGHN DECLARATION

1  resolve their differences, then Defendants may file a motion before Magistrate
2  Judge Abrams pursuant to Local Rule 37-2.
3      2.    Plaintiffs' Motion To Strike The Vaughn Declaration is DENIED.

5  IT IS SO ORDERED.

DATE: Aug 12, 2005

RONALD S.W. LEW

The Honorable Ronald S.W. Lew
United States District Judge

# CERTIFICATE OF SERVICE

I, Zackary M. Lyons, hereby declare as follows:

I am employed by Girard Gibbs & De Bartolomeo, A Limited Liability Partnership, 601 California Street, Suite 1400, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On August 11, 2005, I served the attached:

1. [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO ENFORCE CASE MANAGEMENT ORDER NO. 3 AND DENYING PLAINTIFFS' MOTION TO STRIKE THE VAUGHN DECLARATION

on:

> Daniel T. Donovan, Esq.
> **KIRKLAND & ELLIS LLP**
> 655 Fifteenth Street, N. W.
> Washington, DC 20005
> Telephone: (202) 879-5000
> Facsimile: (202) 879-5200
> *Counsel for Defendants*

__X__  by transmitting via facsimile the above listed document(s) to the fax number(s) set forth above on this date.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the above is true and correct, executed August 11, 2005, at San Francisco, California.

_____
Zackary M. Lyons